**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

ALBERT EVANS                                                                               PLAINTIFF
ADC #137248

v.                                           4:20-cv-00405-KGB-JJV

MELANIE JONES, Dr.,
Wrightsville Unit, ADC; *et al.*                                                           DEFENDANTS

## ORDER

Service on Defendant George Wilson has been returned unexecuted with his last known

private mailing address filed under seal.  (Doc. No. 34.)   The Clerk of the Court shall prepare a

summons for Defendant Wilson at his sealed address. The United States Marshal shall serve the

summons, Complaint (Doc. No. 2), April 14, 2020 Order (Doc. No. 10), and this Order on him

without prepayment of fees and costs or security therefore.   **Dr. Wilson's sealed address must**

**be redacted from the return of service and any other public portions of the record.**

IT IS SO ORDERED this 28th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1