# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALBERT EVANS**  **PLAINTIFF**
**ADC #137248**

v.   Case No. 4:20-cv-00405-KGB-JJV

**MELANIE DEBORAH FOSTER JONES,**
**Doctor, Wrightsville Unit, ADC;** *et al*.   **DEFENDANTS**

## ORDER

Before the Court are proposed findings and recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 12). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court denies plaintiff Albert Evans' motion for preliminary injunction (Dkt. No. 4).

It is so ordered this 20th day of November, 2020.

Kristine G. Baker
United States District Judge