IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALBERT EVANS,**
ADC #137248     PLAINTIFF

v.     Case No. 4:20-cv-00405-KGB

**MELANIE DEBORAH FOSTER JONES,**
Doctor, Wrightsville Unit, ADC, *et al.*     DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 75). Plaintiff Albert Evans has not filed objections to the Proposed Findings and Recommendations, and the time for filing objections has passed. After review, the Court adopts the Proposed Findings and Recommendations as its findings in all respects (*Id.*).

Accordingly, the Court grants remaining defendant Dr. Melanie Jones' motion for summary judgment and dismisses with prejudice Mr. Evans' February 18, 2019, medical care claims against Dr. Jones (Dkt. No. 72). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 29th day of August, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge