**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ALBERT EVANS**                                                                                              **PLAINTIFF**
**ADC #137248**

**v.**                                        **Case No. 4:20-cv-00405-KGB**

**MELANIE DEBORAH FOSTER JONES,**
**Doctor, Wrightsville Unit, ADC, *et al.***                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date and the Court's prior Order (Dkt. 71), it is considered, ordered, and adjudged that plaintiff Albert Evans' claims are dismissed.  The relief sought is denied.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the Orders and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this the 29th day of August, 2022.

_____
Kristine G. Baker
United States District Judge